UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NELSON CORNEJO-VALDEZ, individually,
and on behalf of all others similarly situated,

                Plaintiff,                    JUDGMENT

v.                                             22-cv-06473-DG-ARL

DOMENICO'S PIZZA RESTAURANT, INC. and
DOMENICO BELCASTRO,

                Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 29, 2023; and defendants, Domenico's Pizza Restaurant, Inc. and Domenico Belcastro, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff for a sum, inclusive of all attorneys' fees, litigation expenses and costs of suit, of $75,000.00 (Seventy-Five Thousand Dollars and Zero Cents); it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against defendants, Domenico's Pizza Restaurant, Inc. and Domenico Belcastro, for a sum, inclusive of all attorneys' fees, litigation expenses and costs of suit, of $75,000.00 (Seventy-Five Thousand Dollars and Zero Cents).

Dated: Brooklyn, New York                                Brenna B. Mahoney
       July 10, 2023                                        Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                                Deputy Clerk